In the Matter of AMY R. WEISSBROD, Appellant, v JORGE DOPICO, ESQ., et al., Respondents.

Decided March 23, 2017

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

Chief Judge DIFIORE and Judge ABDUS-SALAAM taking no part.

ERIC WHITE et al., Appellants, v ERIC T. SCHNEIDERMAN, New York State Attorney General, in His Official Capacity, et al., Respondents.

Submitted February 27, 2017; decided March 23, 2017

Motion by Seneca Nation of Indians for leave to appear amicus curiae on the motion for leave to appeal herein dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.23 [a] [3]).

ROBERT E. WILSON, III, Respondent, v DANIEL VALENTE DANTAS et al., Appellants, et al., Defendants.

Submitted February 14, 2017; decided March 23, 2017

Motion, insofar as it seeks leave to file the motion submissions under seal, granted; motion, insofar as it seeks leave to expand the record, denied.